UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-23851-CIV-LENARD/O'SULLIVAN

EUGENE FISHER,
    Plaintiff,

v.

GEICO INDEMNITY COMPANY,
    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the Notice of Filing Bill of Costs and Bill of Costs (DE # 132, 1/6/14).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the plaintiff, and a response having been due, it is

ORDERED AND ADJUDGED that the plaintiff shall file a response to the Notice of Filing Bill of Costs and Bill of Costs (DE # 132, 1/6/14) on or before March 6, 2014. The failure to file a response may result in a recommendation that the Notice of Filing Bill of Costs and Bill of Costs (DE # 132, 1/6/14) be granted in its entirety.

DONE and ORDERED, in chambers, in Miami, Florida, this 20th day of February, 2014.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Lenard

All Counsel of Record